MITCHELL DIXON JR X-REF 4549387
**Name and Prisoner/Booking Number**

Sacramento County main Jail
**Place of Confinement**

651 "I" Street
**Mailing Address**

Sacramento, Ca 95614
**City, State, Zip Code**

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

MAY 31 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

California of Superior Court,
(Full Name of Plaintiff)            Plaintiff,

v.

(1) Marlette
(Full Name of Defendant)
(2) L. White
(3) Gweon
(4) Davis
                                    Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-CV 0930-___-DMC PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).

   ☑ Other: Currier J. Hayes Hashimoto Mr. Frowley Defendants.

2. Institution/city where violation occurred: Sacramento County Jail

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: my Constitutional right as fifth amendment.

2. Claim I. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [x] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [x] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Denied access to the court for reason that are unknown. I filed two Writ of Habeous Corpus which were denied; however I am being denied a court date and am sitting in Jail with a State Hospital Hold for no reason. I have had eight different Judge in a year long proceeding which in the proceedings it was said that I was incompetent which is not true. I am able too stand trial and I know what kind of Court resolution that I want; it is the Courts failure to hear too this.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Bye these action it is a financial unstability bye being incarcerated.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim I? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: my Constitutional right too speak in Court on my Behalf.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [x] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [x] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have not been offered a opportunity too speak in Court on my innocents, instead I have been taken off the Court Calender by a team of Reckless Judges. The names of the Judges as Defendants are the names as follows, I would like someone with Authority in the Court Room too Hear my case, my case is not breaking my Heart, But the Right people explaining my issue that I am having, Someone needs too take responsibility for there failure of inactions.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: my Constitutional Right too speak too a Judge.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [x] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [x] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   my Access to the Court is of major importance I am willing too present the Court with a Resolution too, my Case However, there isn't anyone that's Hearing me out on my importance with getting back on the Court Calender I wrote 3 Letters too the Judge explaining every issue that I Can possibly Have in the Court Room that's Holding my present Custody.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Need too Be set free.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [ ] Yes [x] No
   b. Did you submit a request for administrative relief on Claim III? [ ] Yes [x] No
   c. Did you appeal your request for relief on Claim III to the highest level? [ ] Yes [x] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

THE RELIEF tHat I am Seeking is for me too BE put Back on tHe Court Calendar I need a Court Date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/23/2022__
DATE

_Mitchell Dyson_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6